UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIKA KESSLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:15-cv-12735 |
| | ) |
| NAVIENT SOLUTIONS *f/k/a* SALLIE MAE, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, ERIKA KESSLER, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case against Defendant, NAVIENT SOLUTIONS f/k/a SALLIE MAE, INC.

DATED:  December 21, 2015         RESPECTFULLY SUBMITTED,

By: /s/ Michael S. Agruss (Ill. Bar Number: 6281600)
Michael S. Agruss
Agruss Law Firm, LLC
4619 N. Ravenswood Ave., Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On December 21, 2015, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to defense counsel, Brian Roth, at broth@sessions.legal.

By: /s/ Michael S. Agruss
Michael S. Agruss