UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIKA KESSLER,

      Plaintiff,

                                    CIVIL NO. 15-12735

      V.                            HON. SEAN F. COX

NAVIENT SOLUTIONS *f/ka* SALLIE
MAE INC.,

      Defendant.

_____/

### ORDER OF DISMISSAL

      Upon review of the notice of voluntary dismissal filed by Plaintiff on December 21, 2015

(D/E 10);

      IT IS HEREBY ORDERED that the above captioned matter is DISMISSED.


                    s/Sean F. Cox_____
                    Sean F. Cox
                    United States District Judge

Dated:  January 8, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 8, 2016, by electronic and/or ordinary mail.

                    s/Jennifer McCoy_____
                    Case Manager